ARTHUR W. TAMS, Appellant, *v.* MITCHELL-LEWIS MOTOR
COMPANY, Respondent.

*Tams* v. *Mitchell-Lewis Motor Co.*, 148 App. Div. 893, affirmed.
(Argued April 1, 1914; decided April 28, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 22, 1911, affirming a judgment in
favor of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term in an action to
recover upon an alleged contract of warranty.

*Theodore F. Kuper* for appellant.

*Gilbert E. Roe* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN,
CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES
McGUINESS, Appellant, *v.* GEORGE McANENY, Presi-
dent of the Borough of Manhattan, City of New York,
et al., Respondents.

*People ex rel. McGuiness* v. *McAneny*, 144 App. Div. 897, appeal
dismissed.
(Argued April 13, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
April 28, 1911, which affirmed an order of Special Term
denying a motion for a writ of mandamus to compel
defendants to take the proceedings necessary to procure
for the petitioner payment of his salary as highway fore-
man in the borough of Manhattan.

*Sumner B. Stiles* and *P. Henry Delehanty* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondents.

Appeal dismissed, with costs, on the ground that it does not affirmatively appear that the application was not denied in the exercise of discretion; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

In the Matter of the Application of WILLIAM WINTERS, Appellant, for a Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, et al., Respondents.

*Matter of Winters* v. *Prendergast*, 144 App. Div. 897, appeal dismissed.

(Argued April 13, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1911, which affirmed an order of Special Term denying a motion for a writ of mandamus to compel defendant to take the procedings necessary to procure for the petitioner payment of his salary as highway foreman in the borough of Manhattan.

*Sumner B. Stiles* and *P. Henry Delehanty* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondents.

Appeal dismissed, with costs, on the ground that it does not affirmatively appear that the application was not denied in the exercise of discretion; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.